1  BENJAMIN B. WAGNER
   United States Attorney
2  AHMED I. MIAN
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

FILED

NOV - 5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       | 2:14 - MJ - 260   AC

12 |         Plaintiff,              | VIOLATIONS: 18 U.S.C. § 13 AND CAL. VEH.
   |     v.                          | CODE § 22350 – BASIC SPEED LAW
13 |
14 | THOMAS BYRON,
   |
15 |         Defendant.

16

17                        I N F O R M A T I O N

18 COUNT ONE:    [18 U.S.C. § 13 and CVC § 22350 - Basic Speed Law]

19             The United States Attorney charges: T H A T

20                              THOMAS BYRON,

21 defendant herein, on or about May 14, 2014, at Beale Air Force Base, County of Yuba, State and

22 Eastern District of California, within the special maritime and territorial jurisdiction of the United States,

23 did unlawfully drive a vehicle on a highway at a speed greater than is reasonable or prudent under the

24 circumstances, to wit: in excess of the posted speed limit of 15 miles per hour in a residential area,

25 ///

26 ///

27 ///

28 ///

Information                              1

1  confirmed by radar number KR018211, in violation of Title 18, United States Code, Section 13 and
2  California Vehicle Code, Section 22350, an infraction.
3  DATED: November 4, 2014                          BENJAMIN B. WAGNER
                                                     United States Attorney
4
                                              By:   /s/ signature
5                                                    AHMED I. MIAN
                                                     Special Assistant U.S. Attorney
6

Information                          2

## Penalty Slip

**United States v. Thomas Byron**                  2:14 - MJ - 260        AC

**COUNT ONE:**

VIOLATION:              18 U.S.C. § 13 and C.V.C. § 22350 – Basic Speed Law

PENALTY:                A fine of not more than $100.00.

SPECIAL ASSESSMENT:     $5.00